**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

DAMON SCOTT,                                    )
                                                )
            Plaintiff,                          )
                                                )
      v.                                        )          No. 4:20-CV-865-ACL
                                                )
STATE OF MISSOURI,                              )
                                                )
            Defendant.                          )

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's pro se complaint.   The complaint

is defective because it has not been drafted on a Court-provided form.   *See* Local Rule 2.06(A).

Moreover, plaintiff has neither paid the filing fee nor submitted an application to proceed in the

district court without prepaying fees or costs.   *See* 28 U.S.C. § 1915(a).

      Accordingly,

      **IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the

Court's form Prisoner Civil Rights Complaint and a copy of the Court's form Application to

Proceed in District Court without Prepaying Fees or Costs.

      **IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-

provided form within twenty-one (21) days of the date of this Order.   Plaintiff is advised that his

amended complaint will take the place of his original complaint and will be the only pleading that

this Court will review.

      **IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit

an application to proceed in the district court without prepaying fees or costs within twenty-one

(21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 2nd day of July, 2020.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

2